ANNETTE L. HURST (STATE BAR NO. 148738)
ahurst@orrick.com
MICHAEL D. WEIL (STATE BAR NO. 209056)
mweil@orrick.com
CHRISTIAN N. BROWN (STATE BAR NO. 233147)
cbrown@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendants
CLZ CONCEPTS, AFTERSHOCK INNOVATIONS LLC,
JEFF CHEN, and JAMES ZHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLZ CONCEPTS d/b/a AFTERSHOCK INNOVATIONS LLC, JEFF CHEN, and JAMES ZHANG,<br><br>Defendants. | CASE NO. C 09-854 VRW<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF ITS OPPOSITION TO THE MOTION FOR REMAND; EXHIBITS**<br><br>Date: June 4, 2009<br>Time: 10:30 a.m.<br>Courtroom: 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker |

Pursuant to Federal Rule of Evidence 201, *Engine Mfrs. Ass'n v. South Coast Air Quality Mgmt. Dist.*, 498 F.3d 1031, 1039 n.2 (9th Cir. 2007), *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992), and *Ahcom Ltd. v. Smeding*, No. C-07-1139 SC, 2009 WL 1108658, at *1 n.1 (N.D. Cal. April 24, 2009), Defendants to this action request that the Court take judicial notice of the following documents. These documents are offered in support of Defendants' Opposition to Plaintiff's Motion for Remand.

1. California Secretary of State business entity record for Aftershock Innovations LLC, attached hereto as Exhibit A.

2. Delaware Department of State corporate status record for Aftershock Innovations, Inc., attached hereto as Exhibit B.

3. Reporter's Transcript for the February 20, 2009 hearing in *Zynga Game Network, Inc. v. CLZ Concepts, et al.*, California Superior Court Case No. 09-484557, attached hereto as Exhibit C.

4. Defendant Zynga Game Network, Inc.'s Notice of Motion and Motion to Dismiss or, In the Alternative, To Strike Portions of Plaintiff's Amended Complaint; Memorandum of Points and Authorities in Support Thereof, filed in *Psycho Monkey, LLC, v. Zynga Game Network, Inc.*, Northern District of California Case No. 4:09-cv-0603-SBA, attached hereto as Exhibit D.

5. Order Granting Defendant Zynga Game Network, Inc.'s Motion to Dismiss, entered in *Psycho Monkey, LLC, v. Zynga Game Network, Inc.*, Northern District of California Case No. 4:09-cv-0603-SBA, attached hereto as Exhibit E.

///

///

Dated: May 14, 2009

ANNETTE L. HURST
MICHAEL D. WEIL
CHRISTIAN N. BROWN
ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____/s/ *Annette L. Hurst*_____
Annette L. Hurst
Attorneys for Defendants
CLZ Concepts, Aftershock Innovations LLC, Jeff Chen and James Zhang