JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

HENRY Z. CARBAJAL III (CSB No. 237951)
hcarbajal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZYNGA GAME NETWORK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLZ CONCEPTS D/B/A AFTERSHOCK INNOVATIONS LLC, JEFF CHEN and JAMES ZHANG,<br><br>Defendants. | Case No. 3:09-cv-00854 VRW<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER FOR REFERRAL TO MAGISTRATE JUDGE SPERO FOR EARLY SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Vaughn R. Walker |

Pursuant to Civil Local Rule 7-12 and ADR Local Rules 7-2 and 7-3, Plaintiff Zynga Game Network, Inc. ("Zynga") and Defendants Aftershock Innovations LLC (named as CLZ Concepts LLC d/b/a Aftershock Innovations LLC), Jeff Chen and James Zhang (collectively "Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

1. The parties request referral of this matter for an Early Settlement Conference before Magistrate Judge Joseph C. Spero.

2. No party to this stipulation will urge that this joint request for an early settlement conference before Judge Spero has any bearing on either the subject matter jurisdiction of this Court or the arbitrability of all or any portion of this suit.

Dated: May 15, 2009　　　　　　　　FENWICK & WEST LLP

By: **/s/ Jedediah Wakefield**
　　　　Jedediah Wakefield

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

Dated: May 15, 2009　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP

By: **/s/ Annette L. Hurst**
　　　　Annette L. Hurst

Attorneys for Defendants

AFTERSHOCK INNOVATIONS LLC (NAMED AS CLZ CONCEPTS LLC D/B/A AFTERSHOCK INNOVATIONS LLC), JEFF CHEN AND JAMES ZHANG

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: May 15, 2009　　　　　　　　FENWICK & WEST LLP

By: **/s/ Jedediah Wakefield**
　　　　Jedediah Wakefield

Attorneys for Plaintiff
ZYNGA GAME NETWORK, INC.

1  [PROPOSED] ORDER

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that this matter is referred for

3  an Early Settlement Conference before Magistrate Judge Joseph C. Spero.

4
5  Dated: _____May 20_____, 2009   By: _____
6              The Honorable Vaughn R Walker

